01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAZARO NICIA,                      )
                                   )   CASE NO. C13-0092-RSM
              Petitioner,          )
                                   )
       v.                          )   ORDER OF DISMISSAL
                                   )
ICE FIELD OFFICE DIRECTOR,         )
                                   )
              Respondent.          )
_____   )

       The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 5),

respondent's return and motion to dismiss (Dkt. No. 9), the Report and Recommendation of the

Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses

to that, and the remaining record, finds and Orders as follows:

       (1)    The Court adopts the Report and Recommendation;

       (2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 5) is DENIED,

respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this action is DISMISSED with

prejudice;

//

ORDER OF DISMISSAL
PAGE -1

01      (3)     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02      DATED this 28 day of May 2013.

03

04

05

06                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2