UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAZARO NICIA,

        Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

CASE NO. C13-0092-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 5), respondent's return and motion to dismiss (Dkt. No. 9), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 5) is DENIED, respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this action is DISMISSED with prejudice;

//

ORDER OF DISMISSAL
PAGE -1

01      (3)     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02      DATED this 28 day of May 2013.

03

04

05

06                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2